**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

GREGORY THOMAS, : No. 140 EM 2019
:
Petitioner :
:
:
:
v. :
:
:
:
SECRETARY OF PENNSYLVANIA :
DEPARTMENT OF CORRECTIONS, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus Pursuant to Pa.R.A.P. 3307 Petition to the Kings [sic] Bench" is DENIED.